**Fill in this information to identify the case:**

Debtor 1: Josephine M. Flores

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of TX (State)

Case number: 15-36626-H4

---

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series II Trust, a Delaware Statutory Company

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 4267 ___ ___ ___

**Property address:** 7926 EMPERORS PASS
Number     Street

MISSOURI CITY, TX 77459
City     State     ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[✓] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[✓] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 01 / 01 / 2021
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___ / ___ / ___
MM / DD / YYYY

---

Form 4100R     **Response to Notice of Final Cure Payment**     page 1

Debtor 1 __Josephine M. Flores__
First Name   Middle Name   Last Name

Case number (*if known*) __15-36626-H4__

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ▪ all payments received;
- ▪ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ▪ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Chase A. Berger
Signature

Date 01/28/2021

Print __Chase A. Berger__
First Name   Middle Name   Last Name

Title __Authorized Agent__

Company __Ghidotti Berger LLP__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address __1920 Old Tustin Avenue__
Number   Street

__Santa Ana, CA 92705__
City   State   ZIP Code

Contact phone (__949__) __427__ - __2010__

Email __bknotifications@ghidottiberger.com__

Form 4100R    Response to Notice of Final Cure Payment    page 2

**CERTIFICATE OF SERVICE**

On February 2, 2021, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Nicholas Robin Westbrook
nrw@westbrooklegal.com

US TRUSTEE
US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

CHAPTER 13 Trustee
David G Peake
court@peakech13trustee.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice

On February 2, 2021, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Josephine M. Flores, Debtor
7926 Emperors Pass
Missouri City, TX 77459

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice